UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID CHATTERJEE,

JUDGMENT
05-CV-4109 (CBA)

Plaintiff,

-against-

AMERICAN AIRLINES,

Defendant.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 24 2006 ★
TIME A.M. P.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 20, 2006, dismissing the Amended Complaint for lack of subject matter jurisdiction; denying as moot plaintiff's request for application for appointment of counsel; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Amended Complaint is dismissed for lack of subject matter jurisdiction; that plaintiff's request for application for appointment of counsel is denied as moot; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
April 21, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court